IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF :

STEVE SANTANA GONZALEZ, : CASE NO. 10-07013(SEK)

DEBTOR : CHAPTER 13

-------------------------------

## ORDER TO SHOW CAUSE

The Trustee filed a motion to dismiss this case as Debtor did not amend the plan, nor submitted documents requested at the 341 meeting of creditors. Hence, we were unable to confirm a plan.

Meanwhile, on September 13, 2010, we denied the continuation of the automatic stay as Debtor did not rebut the presumption of bad faith and this and his previous filing show he is using the bankruptcy process to avoid serving time in jail for failure to pay some $130,000 in child support.

Under these circumstances, we order the Debtor to show cause why we should not dismiss the case with a prohibition for refiling for the next twenty four months. Debtor has thirty days to answer this order and request a hearing. If he does not answer as ordered, we may dismiss the case, and forbid him from refiling for the next twenty four months without the need for a hearing.

**SO ORDERED**, in San Juan, Puerto Rico, on October 15, 2010.

SARA DE JESUS
U.S. Bankruptcy Judge