IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

**IN THE MATTER OF** :

STEVE SANTANA GONZALEZ, : CASE NO. 10-07013(SEK)

DEBTOR : CHAPTER 13

------------------------------

**ORDER DISMISSING CASE ENJOINING DEBTOR FROM RE-FILING**

We hereby enforce our order to show cause and granting the Trustee's motion to dismiss this case, enjoining the Debtor form filing a petition for bankruptcy relief under Title 11 of the United States Code, in any court with personal and subject matter jurisdiction, for the next two years, from the time this order becomes final and unappealable.

**SO ORDERED**, in San Juan, Puerto Rico, on November 22, 2010.

SARA DE JESUS
U.S. Bankruptcy Judge

FILED & ENTERED
NOV 23 2010
CLERK
U.S. BANKRUPTCY COURT
SAN JUAN, PUERTO RICO

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF PUERTO RICO

STEVE SANTANA GONZALEZ            *    Case No. 10-7013
                                  *
                                  *
                                  *
         Debtor(s)                *
                                  *
                                  *
                                  *
                                  *
                                  *    October 15, 2010
----------------------------------*    Old San Juan,
                                       Puerto Rico

REFERRED BY: Vanessa Ortiz-Renta 10/29/10 3:19pm
11/22/10

**CONFIRMATION HEARING**
BEFORE THE HONORABLE SARA DE JESUS
FEDERAL BUILDING, OLD SAN JUAN, PUERTO RICO

APPEARANCES:

For the Trustee:          Ms. Garcia, Esq.

For the Debtor:           Rafael Torres Alicea, ESq.

For the Creditors:

CD:                       Official Courtroom Deputy

(Proceedings taken by electronic recording;

transcription produced by transcription service)

CERTIFIED TRANSCRIBERS, INC.
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487

2

```
 1                P R O C E E D I N G S
 2                                         (11:18 a.m.)
 3               (Case is called)
 4         MR. TORRES ALICEA:  Rafael Torres for the
 5  Debtor again, Your Honor.
 6         MS. GARCÍA:  García for Trustee Oliveras.
 7         THE COURT:  Situation, please?
 8         MR. TORRES ALICEA:  Yes, Your Honor.  In
 9  this
10  case, --
11         THE COURT:  Uh huh?
12         MR. TORRES ALICEA:  -- we have a motion to
13  dismiss by the creditor which is DSO recipient.  We
14  have a motion to dismiss, but it has no notice and
15  no service number certificate either.
16         We answered it ... (Reviewing documents)
17  ...
18         THE COURT:  There's also a Trustee's motion
19  to dismiss.
20         MR. TORRES ALICEA:  I know, Your Honor.
21         MS. GARCÍA:  Yes, Your Honor.  May I address
22  the Court, Your Honor?
23         THE COURT:  Yes.
24         MS. GARCÍA:  Just to give you a brief
```

3

1 background. Your Honor, this Debtor has a
2 prepetition DSO debt of $131,000.
3     The meeting of creditors was held on
4 September 22, 2010. Debtor has failed to provide any
5 evidence of income. According to schedule (i), he
6 operates some things of business and receives income
7 in Family Health $3,422 each month.
8     And the question is seriously the
9 feasibility of this case, Your Honor.
10     THE COURT: Not only that, but you know why
11 we denied the continuance of the stay, don't you?
12     MR. TORRES ALICEA: Yes, Your Honor.
13     THE COURT: So, the question is: what is it
14 that you want to do on behalf of your client if
15 anything?
16     MR. TORRES ALICEA: Well, Your Honor, it
17 happens in this case that they have a variation of
18 the child support amount very recently, just after
19 the bankruptcy, and it will be --
20     THE COURT: But my -- my -- generally
21 speaking, my knowledge of child support is that its
22 future. The past remains as is.
23     MS. GARCÍA: That's correct, Your Honor.
24     THE COURT: So, therefore, you must have a

4

1  very large debt for child support.
2         The reduction deals with the future.
3         MR. TORRES ALICEA:  Yes, Your Honor.
4         THE COURT:  So, --
5         MR. TORRES ALICEA:  But it will be reduced a
6  very -- in a -- because --
7         THE COURT:  It doesn't make any difference.
8  How is he going to pay?  Besides, this is already the
9  second time he's come into bankruptcy --
10        MR. TORRES ALICEA:  Yes, Your Honor.
11        THE COURT:  -- with the same problem.
12        MR. TORRES ALICEA:  We understand, Your
13 Honor.  And he has that amount, and there was a big
14 litigation in the local court --
15        THE COURT:  Well, it's very simple.  You
16 answer the Trustee's motion to dismiss in an order to
17 show cause why the dismissal should not be granted
18 with a prohibition for filing for a period of two
19 years, in view of the history of using Bankruptcy
20 Court in an apparent attempt to evade jail time for
21 not paying child support.  That's an improper use of
22 bankruptcy, and it's a bad-faith filing.
23        I'll enter the order to show cause today.  I
24 will not confirm the plan.

CERTIFIED TRANSCRIBERS, INC.
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487

5

1       MR. TORRES ALICEA: Very well, Your Honor.
2 Permission to be excused?
3       THE COURT: Granted.
4       THE COURT: Transcript for the record,
5 please.
6   (Confirmation hearing in this matter is hereupon
7 concluded for this day)
8                               (11:22 a.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**CERTIFIED TRANSCRIBERS, INC.**
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487

TRANSCRIBER CERTIFICATION

I, CRYSTAL INCHAUSTEGUI BREAZ, Transcriber, do hereby certify that the foregoing transcript was transcribed by me to the best of my abilities.

I CERTIFY that all "(inaudible)" were carefully reviewed and found to be as written.

I FURTHER CERTIFY that I am not interested in the outcome of the case mentioned in said caption.

WITNESS MY HAND this 27 day of the month of October, 2010 in San Juan, Puerto Rico.

S/ CRYSTAL INCHAUSTEGUI
CRYSTAL INCHAUSTEGUI BREAZ

I, DIANE BREAZ, RPR and Official Court Reporter for the District Court of Puerto Rico, certify that the foregoing transcript has been verified and certified by me.

S/ DIANE BREAZ
DIANE BREAZ

CERTIFIED TRANSCRIBERS, INC.
1075 Carr. 2 Plaza Suchville #302
Bayamón, Puerto Rico 00959
Tel. # (787) 783-6623; (787) 617-9487